1118

No. 78–5612.   KELLY v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 78–5632.   CALHOUN ET UX. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–5649.   SINCLAIR v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 78–5659.   PALMERE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–5666.   BURMAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 78–5667.   PETERMAN v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 78–5673.   SPRATT v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 78–5684.   HUBBARD v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 78–5720.   WILKINS v. WILLIAMS, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 78–5721.   MORROW v. IGLEBURGER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 78–5726.   SOMMERVILLE v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 78–5728.   BOLER v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 5th Cir.   Certiorari denied.

No. 78–5730.   WALKER v. WAINWRIGHT, DIRECTOR, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.   C. A. 5th Cir.   Certiorari denied.

No. 78–5734.   FLOYD v. JAGO, CORRECTIONAL SUPRINTENDENT.   Sup. Ct. Ohio.   Certiorari denied.